### 3903.   TRAYLOR *v.* EPPS, receiver.

RUSSELL, J.  1. An original petition and order, filed in the superior court, were not admissible in evidence on the trial of a case in a city court, over the objection that a certified copy of the petition and order should have been introduced. *Whitaker* v. *State,* ante, 208 (75 S. E. 259).

2. The highest and best evidence that a named person is a duly authorized trustee in bankruptcy is a certified copy of the order approving the bond given by him as such trustee; and parol evidence is not admissible

to prove that such a person is trustee in bankruptcy, over the objection that there is higher and better evidence.

3. The original minutes of a superior court are not admissible in the trial of an action in a city court, over the objection that such minutes are not primary evidence.   Civil Code (1910), § 5753.

*Judgment reversed.*

DECIDED SEPTEMBER 24, 1912.

Certiorari; from city court of Covington—Judge Whaley.   November 4, 1911.

*P. W. Davis Jr.,* for plaintiff in error.   *C. C. King,* contra.